

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-6-2003

# Le v. Univ PA

Precedential or Non-Precedential: Precedential

Docket 01-3638

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Le v. Univ PA" (2003). *2003 Decisions.* Paper 696.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/696

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed March 6, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 01-3638, 01-3759

TAI VAN LE, MR.

v.

UNIVERSITY OF PENNSYLVANIA,
A Not-for-profit corporation and;
STANLEY OPELLA, an individual

(E. D. Civil No. 00-cv-00481)

TAI VAN LE, MR.

v.

UNIVERSITY OF PENNSYLVANIA,
A Not-for-profit corporation

(E. D. Civil No. 99-cv-1708)

Tai Van Le, Appellant No. 01-3638

TAI VAN LE, MR.

v.

UNIVERSITY OF PENNSYLVANIA,
A Not-for-profit corporation and;
STANLEY OPELLA, an individual

(E. D. Civil No. 00-cv-00481)

TAI VAN LE, MR.

v.

UNIVERSITY OF PENNSYLVANIA,
A Not-for-profit corporation

(E. D. Civil No. 99-cv-1708)

> The Trustees of the University of
> Pennsylvania, the proper
> corporate name of the University
> of Pennsylvania,
> Appellant No. 01-3759

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

(D.C. Civil Nos. 99-cv-01708 and 00-cv-00481)
Magistrate Judge: The Honorable Jacob P. Hart

## ORDER AMENDING OPINION

It is hereby ordered that the opinion of this Court dated March 4, 2003 is hereby amended to reflect that the case was referred to and determined by the Honorable Jacob P. Hart, United States Magistrate Judge. Accordingly, the caption of the opinion is amended as above to reflect this correction.

The caption of the judgment shall likewise be amended to make this correction. This correction shall not effect the entry date of the judgment which will remain March 4, 2003.

It is further ordered that the word "Judgment" in the sixth line of the first paragraph of the slip opinion is substituted for "Judgement."

3

For the Court

/s/ Marcia M. Waldron
Clerk

Dated: March 6, 2003

A True Copy:
   Teste:

*Clerk of the United States Court of Appeals*
*for the Third Circuit*